IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-70 |
| | ) | |
| JEFFREY ALLEN BURGESS | ) | |

**UNITED STATES POSITION WITH RESPECT TO SENTENCING FACTORS**

The United States has received and reviewed the well-drafted Presentence Report (PSR) and has conferred with the author of the PSR and defense counsel in a good-faith effort to resolve any disputed matters. The United States has no objections to the PSR.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney


s/ Rachael L. Dizard
RACHAEL L. DIZARD
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500 (Phone)
rachael.dizard@usdoj.gov
PA ID No. 315482

s/ Cindy K. Chung
CINDY K. CHUNG
Assistant U.S. Attorney
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500 (Phone)
Cindy.chung2@usdoj.gov
PA ID No. 317227

s/ Tona Boyd Cartwright
TONA BOYD CARTWRIGHT
Trial Attorney

U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
CA ID No. 270975