IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 17-70 |
| | ) | |
| JEFFREY ALLEN BURGESS | ) | |

**POSITION OF DEFENDANT
WITH RESPECT TO SENTENCING FACTORS**

NOW COMES, the Defendant, Mr. Jeffrey Allen Burgess, through his counsel, Assistant Federal Defender Andrew Lipson, respectfully filing this position with respect to sentencing factors pursuant to Fed. R. Crim. P. 32(f), Local Rule 32(c)(4), and U.S.S.G. § 6A1.2.  In support thereof, counsel states:

1. Undersigned counsel and Mr. Burgess have reviewed the Presentence Investigation Report ("PSR").

2. Undersigned counsel has conferred with Assistant United States Attorney Cindy K. Chung and United States Probation Officer Erin Stewart about the PSR and its contents.

3. Mr. Burgess has no objections, additions, or corrections to the contents of the PSR.

4.      Undersigned counsel reserves the right to file a Sentencing Memorandum prior to the sentencing hearing regarding all the factual and legal issues pertinent to this case.

                                              Respectfully submitted,

                                              ***s/ Andrew Lipson***
                                              Andrew Lipson
                                              Assistant Federal Public Defender
                                              Western District of Pennsylvania
                                              1001 Liberty Avenue
                                              1500 Liberty Center
                                              Pittsburgh, PA 15222
                                              Main: 412-644-6565
                                              Fax: 412-644-4594