**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 17-70 |
| | ) | Judge Nora Barry Fischer |
| JEFFREY ALLEN BURGESS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 20th day of July, 2018, upon consideration of the parties' Joint Stipulation and Agreement Regarding Restitution, (Document No. [61]),

IT IS HEREBY ORDERED that the Judgment including Sentence under the Sentencing Reform Act imposed by this Court and entered on the docket on April 4, 2018 (Document No. [54]), is AMENDED as follows:

> The defendant Jeffrey Allen Burgess shall pay Restitution in the total amount of $7,490.00 to the victim "A.M." The defendant shall make restitution payments to the Clerk of the U.S. District Court for the Western District of Pennsylvania as a condition of probation at a rate of not less than $350.00 per month. The first payment shall be due within 30 days from the entry of this Order. The victim's recovery is limited to the amount of his or her losses, and the defendant's liability for restitution ceases if and when the victim receives full restitution. The defendant shall apply all moneys received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation within 10 days of receipt, unless excused from doing so by Order of the Court. The Court finds that the defendant does not have the ability to pay interest. Therefore, interest is waived.

IT IS FURTHER ORDERED that, given the restitution order, Defendant shall be subject to the following additional special conditions of supervision:

11. The defendant shall pay restitution at a rate of not less than $350 per month. The first payment shall be due within 30 days from the entry of this Order.

12. The defendant shall report any change of address within 30 days to the United States Attorney's Office while any portion of the restitution remains outstanding.

13. The defendant shall provide the probation officer with access to any requested financial information.

FINALLY, IT IS ORDERED that, in all other respects, that the Judgment including

Sentence under the Sentencing Reform Act imposed by this Court and entered on the docket on

April 4, 2018, (Document No. [54]), shall remain in FULL FORCE AND EFFECT.


<u>s/Nora Barry Fischer</u>
United States District Judge


cc/ecf:        Cindy Chung, Asst. U.S. Atty.

               Rachael Dizard, Asst. U.S. Atty.

               Tona Boyd, U.S. DOJ

               Andrew Lipson, AFPD

               Jeffrey Allen Burgess (USM No. 38368068) c/o Andrew Lipson, AFPD

               Probation Office

               U.S. Marshal

               Finance Office